NAOMI CHUNG (CSBN 283743)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Fax: (415) 484-7054
chung@defender.law

Attorney for Defendant
DARRELL WAYNE SMITH

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 23-0110-AMO |
| Plaintiff, | **STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |
| v. | |
| DARRELL WAYNE SMITH | |
| Defendant. | |

IT IS HEREBY SITPULATED AND AGREED between the defendant Darrell Smith through his attorney, Naomi Chung, and the government through its attorneys, Molly Priedeman and Andrew Paulson, that the conditions of pretrial release be modified to permit Mr. Smith to communicate with his union representatives, Ed Canales, Sue Canales, and Jose Lau, who are all BOP employees.

U.S. Pretrial Services has no objection to the requested modification.

All other conditions of pretrial release are to remain the same.

**IT IS SO STIPULATED.**

DATED: 05/29/2023         /s/
                          NAOMI CHUNG
                          Attorney for DARRELL WAYNE SMITH

DATED: 05/29/2023

    /s/
MOLLY PRIEDMAN
ANDREW PAULSON
Assistant United States Attorneys

**IT IS SO ORDERED.**

DATED: <u>May 31, 2023</u>

HON. DONNA M. RYU
United States Chief Magistrate Judge

STIPULATION AND ORDER
CR 23-0110-AMO