```
1   NAOMI CHUNG (CSBN 283743)
    Hickey & Chung, LLP
2   Pier 9, Suite 100
    San Francisco, CA 94111
3   Telephone: (415) 942-9000
    Fax: (415) 484-7054
4   chung@defender.law
5
    BENJAMIN LUKE (CSBN 339661)
6   Hickey & Chung, LLP
    Pier 9, Suite 100
7   San Francisco, CA 94111
    Telephone: (415) 942-9000
8   Fax: (415) 484-7054
    luke@defender.law
9
10  Attorneys for Defendant
    DARRELL WAYNE SMITH
11
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 23-0110-YGR |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |
| v. | |
| DARRELL WAYNE SMITH | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the defendant Darrell Smith through his attorneys, Naomi Chung and Benjamin Luke, and the government through its attorneys, Molly Priedeman and Andrew Paulson, that the conditions of pretrial release be modified to permit Mr. Smith to travel from the Northern District of Florida to the Middle District of Florida with prior approval of U.S. Pretrial Services Officer Gabrielle McCoy. Mr. Smith wishes to regularly visit his daughter who currently resides in the Central District of

Florida.

U.S. Pretrial Services reports that Mr. Smith has been compliant on supervision, and they have no objection to the requested modification.

All other conditions of pretrial release are to remain the same.

The parties had previously agreed to and filed this stipulation. The previous iteration of this stipulation incorrectly identified the Middle District of Florida as the Central District of Florida. This stipulation corrects that mistake.

**IT IS SO STIPULATED.**

DATED: 08/11/2023

/s/
BENJAMIN LUKE
Attorney for DARRELL WAYNE SMITH

DATED: 08/11/2023

/s/
ANDREW PAULSON
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: _____

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER
CR 23-0110-YGR

2