AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

---OFFENSE CHARGED---

18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact;
18 U.S.C. § 2243(b) – Sexual Abuse of a Ward;
18 U.S.C. § 2241(a) – Aggravated Sexual Abuse;
18 U.S.C. § 242 – Deprivation of Rights Under Color of Law.

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:   See Attached Sheet.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

┌─ DEFENDANT - U.S

▶ DARRELL WAYNE SMITH

DISTRICT COURT NUMBER
4:23-cr-00110-YGR

**FILED**

**JUL 25 2024**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DEFENDANT

---PROCEEDING---

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form      ISMAIL J. RAMSEY

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)       ANDREW PAULSON, AUSA

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Federal  ☐ State
      If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No     give date
                      filed

DATE OF
ARREST ▶      Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED      Month/Day/Year
TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                        Before Judge:

Comments:

DARRELL WAYNE SMITH
PENALTY SHEET
4:23-cr-00110 YGR

**Title 18, United States Code, Section 2244(a)(4) – Abusive Sexual Contact (Counts 1-4, 10, 12, 14)**

- 2 years imprisonment
- $250,000 fine
- Supervised Release: 5 years to life
- Restitution
- Mandatory Special Assessment: $5,100

**Title 18, United States Code, Section 2243(b) – Sexual Abuse of a Ward (Counts 7-9, 11, 13, 15)**

- 15 years' imprisonment
- $250,000 fine
- Supervised Release: 3 years
- Restitution
- Mandatory Special Assessment: $5,100

**Title 18, United States Code, Section 2241(a) – Aggravated Sexual Abuse (Count 5)**

- Life imprisonment
- $250,000 fine
- Supervised Release: 5 years to life
- Restitution
- Mandatory Special Assessment: $5,100

**Title 18, United States Code, Section 242 – Deprivation of Rights Under Color of Law (Count 6)**

- Life imprisonment
- $250,000 fine
- Supervised Release: 5 years
- Restitution
- Mandatory Special Assessment: $100

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

## VENUE:  OAKLAND

---

UNITED STATES OF AMERICA,

V.

*4:23-CR-00110YGR*

DARRELL WAYNE SMITH,
a/k/a "Dirty Dick Smith,"

**F I L E D**

JUL 25 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT(S).

---

# SUPERSEDING INDICTMENT

18 U.S.C. § 2243(b) –  Sexual Abuse of a Ward;
18 U.S.C. § 2244(a)(4) –  Abusive Sexual Contact;
18 U.S.C. § 2241(a) –  Aggravated Sexual Abuse;
18 U.S.C. § 242 –  Deprivation of Rights Under Color of Law

---

A true bill.

*/s/ Foreperson of the Grand Jury*
Foreman

Filed in open court this _____25th_____ day of

__July 2024_____.

*Tony L. Garcia,* 7/25/25
Clerk

Bail, $ No Process
7/25/24

HON. DONNA M. RYU, Chief Magistrate Judge

1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3

4

**FILED**

**JUL 25 2024**

5

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,               ) CASE NO. 4:23-cr-00110-YGR
                                         )
12 |        Plaintiff,                     )
                                         ) VIOLATIONS:
13 |     v.                               ) 18 U.S.C. § 2243(b) – Sexual Abuse of a Ward;
                                         ) 18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact;
14 | DARRELL WAYNE SMITH,                 ) 18 U.S.C. § 2241(a) – Aggravated Sexual Abuse;
                                         ) 18 U.S.C. § 242 – Deprivation of Rights Under Color
15 |     a/k/a "Dirty Dick Smith,"        ) of Law
                                         )
16 |        Defendant.                    ) OAKLAND VENUE
                                         )
17 | ————————————————————————

18 | <u>S U P E R S E D I N G   I N D I C T M E N T</u>

19 | The Grand Jury charges:

20 | <u>Introductory Allegations</u>

21 | At all times relevant to this Superseding Indictment:

22 |     1.     The Federal Correctional Institution, Dublin ("FCI Dublin") was a federal prison in

23 | Alameda County, California, within the Northern District of California.

24 |     2.     The defendant DARRELL WAYNE SMITH, a/k/a "Dirty Dick Smith," was employed at

25 | FCI Dublin as a correctional officer, and was sworn to uphold the Constitution of the United States.

26 |     3.     S.L.H., L.J., C.A.H., L.B., and F.C., individuals who are known to the Grand Jury, were

27 | female inmates at FCI Dublin and were serving prison sentences.

28

1    <u>COUNT ONE</u>:     (18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

2        4.     Paragraphs 1 through 3 of this Superseding Indictment are re-alleged and incorporated as

3    if fully set forth here.

4        5.     On a date between on or about May 1, 2019, and on or about August 31, 2020, in the

5    Northern District of California, the defendant,

6                               DARRELL WAYNE SMITH,

7    while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with S.L.H., a person who

8    was in official detention and under the custodial, supervisory, and disciplinary authority of the

9    defendant, when he touched S.L.H.'s buttocks while they were in S.L.H.'s cell at FCI Dublin, in

10    violation of 18 U.S.C. § 2244(a)(4).

11    <u>COUNT TWO</u>:     (18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

12        6.     Paragraphs 1 through 3 of this Superseding Indictment are re-alleged and incorporated as

13    if fully set forth here.

14        7.     On a date between on or about October 1, 2020, and on or about March 31, 2021, in the

15    Northern District of California, the defendant,

16                               DARRELL WAYNE SMITH,

17    while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with S.L.H., a person who

18    was in official detention and under the custodial, supervisory, and disciplinary authority of the

19    defendant, when he touched S.L.H.'s buttocks while they were in S.L.H.'s cell at FCI Dublin, in

20    violation of 18 U.S.C. § 2244(a)(4).

21    <u>COUNT THREE</u>:     (18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

22        8.     Paragraphs 1 through 3 of this Superseding Indictment are re-alleged and incorporated as

23    if fully set forth here.

24        9.     On a date between on or about April 1, 2021, and on or about May 31, 2021, in the

25    Northern District of California, the defendant,

26                               DARRELL WAYNE SMITH,

27    while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with S.L.H., a person who

28    was in official detention and under the custodial, supervisory, and disciplinary authority of the

1 | defendant, when he touched S.L.H.'s inner thigh and groin while they were in S.L.H.'s cell at

2 | FCI Dublin, in violation of 18 U.S.C. § 2244(a)(4).

3 | <u>COUNT FOUR:</u>        (18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

4 |        10.        Paragraphs 1 through 3 of this Superseding Indictment are re-alleged and incorporated as

5 | if fully set forth here.

6 |        11.        On a date between on or about April 1, 2021, and on or about May 31, 2021, in the

7 | Northern District of California, the defendant,

8 |                                        DARRELL WAYNE SMITH,

9 | while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with S.L.H., a person who

10 | was in official detention and under the custodial, supervisory, and disciplinary authority of the

11 | defendant, when he touched S.L.H.'s groin while they were in S.L.H.'s cell at FCI Dublin, in violation

12 | of 18 U.S.C. § 2244(a)(4).

13 | <u>COUNT FIVE:</u>        (18 U.S.C. § 2241(a) – Aggravated Sexual Abuse)

14 |        12.        Paragraphs 1 through 3 of this Superseding Indictment are re-alleged and incorporated as

15 | if fully set forth here.

16 |        13.        On a date between on or about April 1, 2021, and on or about May 31, 2021, in the

17 | Northern District of California, the defendant,

18 |                                        DARRELL WAYNE SMITH,

19 | while in FCI Dublin, a Federal prison, did knowingly cause S.L.H. to engage in a sexual act, when he

20 | digitally penetrated S.L.H.'s anal opening, by use of force against S.L.H., in violation of 18 U.S.C.

21 | § 2241(a).

22 | <u>COUNT SIX:</u>        (18 U.S.C. § 242 – Deprivation of Rights Under Color of Law)

23 |        14.        Paragraphs 1 through 3 of this Superseding Indictment are re-alleged and incorporated as

24 | if fully set forth here.

25 |        15.        On a date between on or about April 1, 2021, and on or about May 31, 2021, in the

26 | Northern District of California, the defendant,

27 |                                        DARRELL WAYNE SMITH,

28 | while acting under color of law, willfully deprived S.L.H. of the right not to be subject to cruel and

1 │ unusual punishment, a right secured and protected by the Constitution and the laws of the United Sates,

2 │ when he digitally penetrated S.L.H.'s anal opening without her consent and without legitimate

3 │ penological purpose. The defendant's conduct resulted in bodily injury and included aggravated sexual

4 │ abuse.

5 │       All in violation of 18 U.S.C. § 242.

6 │ COUNT SEVEN:    (18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

7 │      16.    Paragraphs 1 through 3 of this Superseding Indictment are re-alleged and incorporated as

8 │ if fully set forth here.

9 │      17.    On a date between on or about March 1, 2020, and on or about June 30, 2020, in the

10 │ Northern District of California, the defendant,

11 │                    DARRELL WAYNE SMITH,

12 │ while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with L.J., a person who was in

13 │ official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when

14 │ he digitally penetrated L.J.'s genital opening while they were in L.J.'s cell at FCI Dublin, in violation of

15 │ 18 U.S.C. § 2243(b).

16 │ COUNT EIGHT:    (18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

17 │      18.    Paragraphs 1 through 3 of this Superseding Indictment are re-alleged and incorporated as

18 │ if fully set forth here.

19 │      19.    On a date between on or about August 1, 2020, and on or about December 31, 2020, in

20 │ the Northern District of California, the defendant,

21 │                    DARRELL WAYNE SMITH,

22 │ while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with L.J., a person who was in

23 │ official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when

24 │ he digitally penetrated L.J.'s genital opening while they were in a laundry room at FCI Dublin, in

25 │ violation of 18 U.S.C. § 2243(b).

26 │ COUNT NINE:    (18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

27 │      20.    Paragraphs 1 through 3 of this Superseding Indictment are re-alleged and incorporated as

28 │ if fully set forth here.

1    21.    On a date between on or about September 1, 2020, and on or about January 31, 2021, in

2  the Northern District of California, the defendant,

3                          DARRELL WAYNE SMITH,

4  while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with L.J., a person who was in

5  official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when

6  he digitally penetrated L.J.'s genital opening while they were in a laundry room at FCI Dublin, in

7  violation of 18 U.S.C. § 2243(b).

8  COUNT TEN:        (18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

9    22.    Paragraphs 1 through 3 of this Superseding Indictment are re-alleged and incorporated as

10  if fully set forth here.

11    23.    On a date between on or about September 1, 2020, and on or about January 31, 2021, in

12  the Northern District of California, the defendant,

13                          DARRELL WAYNE SMITH,

14  while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with C.A.H., a person who

15  was in official detention and under the custodial, supervisory, and disciplinary authority of the

16  defendant, when he touched C.A.H.'s breast and buttocks in a laundry room at FCI Dublin, in violation

17  of 18 U.S.C. § 2244(a)(4).

18  COUNT ELEVEN:     (18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

19    24.    Paragraphs 1 through 3 of this Superseding Indictment are re-alleged and incorporated as

20  if fully set forth here.

21    25.    On a date between on or about September 1, 2020, and on or about January 31, 2021, in

22  the Northern District of California, the defendant,

23                          DARRELL WAYNE SMITH,

24  while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with C.A.H., a person who

25  was in official detention and under the custodial, supervisory, and disciplinary authority of the

26  defendant, when he digitally penetrated C.A.H.'s genital opening while they were in a laundry room at

27  FCI Dublin, in violation of 18 U.S.C. § 2243(b).

28

1   COUNT TWELVE:    (18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

2        26.     Paragraphs 1 through 3 of this Superseding Indictment are re-alleged and incorporated as

3   if fully set forth here.

4        27.     On a date between on or about September 1, 2020, and on or about January 31, 2021, in

5   the Northern District of California, the defendant,

6                       DARRELL WAYNE SMITH,

7   while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with C.A.H., a person who

8   was in official detention and under the custodial, supervisory, and disciplinary authority of the

9   defendant, when he touched C.A.H.'s breast and buttocks while they were in a laundry room at

10   FCI Dublin, in violation of 18 U.S.C. § 2244(a)(4).

11   COUNT THIRTEEN:        (18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

12        28.     Paragraphs 1 through 3 of this Superseding Indictment are re-alleged and incorporated as

13   if fully set forth here.

14        29.     On a date between on or about September 1, 2020, and on or about January 31, 2021, in

15   the Northern District of California, the defendant,

16                       DARRELL WAYNE SMITH,

17   while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with C.A.H., a person who

18   was in official detention and under the custodial, supervisory, and disciplinary authority of the

19   defendant, when he penetrated C.A.H.'s genital opening with his penis, while they were in a janitor's

20   closet at FCI Dublin, in violation of 18 U.S.C. § 2243(b).

21   COUNT FOURTEEN:       (18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

22        30.     Paragraphs 1 through 3 of this Superseding Indictment are re-alleged and incorporated as

23   if fully set forth here.

24        31.     On a date between on or about December 1, 2020, and on or about March 31, 2021, in the

25   Northern District of California, the defendant,

26                       DARRELL WAYNE SMITH,

27   while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with L.B., a person who

28   was in official detention and under the custodial, supervisory, and disciplinary authority of the

1    defendant, when he touched L.B.'s breast while they were in L.B.'s cell at FCI Dublin, in violation of

2    18 U.S.C. § 2244(a)(4).

3    <u>COUNT FIFTEEN</u>:   (18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

4        32.      Paragraphs 1 through 3 of this Superseding Indictment are re-alleged and incorporated as

5    if fully set forth here.

6        33.      On a date between on or about August 1, 2016, and on or about November 30, 2016, in

7    the Northern District of California, the defendant,

8                        DARRELL WAYNE SMITH,

9    while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with F.C., a person who was in

10    official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when

11    he digitally penetrated F.C.'s genital opening while they were in F.C.'s cell at FCI Dublin, in violation

12    of 18 U.S.C. § 2243(b).

14    DATED: July 25, 2024                    A TRUE BILL.

16

17                                */s/ Foreperson of the Grand Jury*
                                FOREPERSON

18    ISMAIL J. RAMSEY
      United States Attorney

20    */s/ Andrew Paulson*

21    MOLLY K. PRIEDEMAN
      ANDREW PAULSON

22    Assistant United States Attorneys