**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUL 25 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

| | |
|---|---|
| **CASE NAME:** USA v. DARRELL WAYNE SMITH | **CASE NUMBER:** CR 4:23-cr-00110-YGR |
| Is This Case Under Seal? | Yes ☐   No ✔ |
| Total Number of Defendants: | 1 ✔   2-7 ☐   8 or more ☐ |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes ☐   No ✔ |
| Venue (Per Crim. L.R. 18-1): | SF ☐   OAK ✔   SJ ☐ |
| Is this a potential high-cost case? | Yes ☐   No ✔ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes ☐   No ✔ |
| Is this a RICO Act gang case? | Yes ☐   No ✔ |
| **Assigned AUSA (Lead Attorney):** ANDREW PAULSON | **Date Submitted:** 07/25/2024 |

**Comments:**

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)