Joanna Sheridan – SBN 260090
J.P. SHERIDAN LAW
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Phone: 415-347-2700 | Fax: 415-347-2701
joanna@jpsheridanlaw.com

Attorney for Defendant
DARRELL WAYNE SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DARRELL WAYNE SMITH,<br><br>　　　　Defendant | Case No.: 23-cr-0110 YGR<br><br>NOTICE OF ATTORNEY APPEARANCE |

　　Attorney Joanna Sheridan has been appointed as associate counsel to represent Mr. Smith, along with lead counsel Naomi Chung. Ms. Sheridan hereby enters her appearance in this case and requests to receive ECF notices.

　　Dated this 12th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　JOANNA SHERIDAN

NOTICE OF ATTORNEY APPEARANCE - 1