ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
ANDREW PAULSON (CABN 267095)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    molly.priedeman@usdoj.gov
    andrew.paulson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:23-cr-00110-YGR |
| Plaintiff, | **JOINT PROPOSED PRETRIAL DEADLINES** |
| v. | |
| DARRELL WAYNE SMITH, a/k/a "Dirty Dick Smith," | |
| Defendant. | |

On April 18, 2024, the Court set this matter for trial beginning on March 17, 2025. The Court ordered the parties to meet and confer regarding other pretrial deadlines, and to file a joint proposal for pretrial deadlines.  A status conference is currently scheduled for September 5, 2024, to discuss these proposed deadlines.

The parties propose that the Court enter the following dates and times for hearings and filing deadlines.

| EVENT | DATE |
|---|---|
| Deadline to meet and confer regarding Proposed Jury Instructions, Voir Dire Questions, Exhibits, Stipulations, and Joint Statement of the Case | January 31, 2025 |
| Exchange of Motions in Limine<br><br>Filing of additional proposed questions for written juror questionnaire | February 7, 2025 |
| Exchange of Oppositions to Motions in Limine | February 14, 2025 |
| Filing of Unresolved Motions in Limine<br><br>Stipulations of Fact (if any)<br><br>Exhibit List<br><br>Witness List<br><br>Submission of Trial Exhibits to Court<br><br>Additional Jury Voir Dire Questions (if any)<br><br>Proposed Jury Instructions<br><br>Proposed Verdict Form<br><br>Government Trial Memorandum<br><br>Joint Statement of the Case<br><br>Joint Pretrial Conference Statement | February 21, 2025 |
| Pretrial Conference/Motions in Limine Hearing | February 28, at 9:30 a.m. |
| Deadline to exchange any visuals, graphics, or exhibits for opening statements | March 12, 2025 |

| EVENT | DATE |
|---|---|
| Jury Selection | March 13, 2025, at 8:00 a.m. |
| Objections to any visuals, graphics, or exhibits for opening statements | March 13, 2025 |
| Telephonic Hearing to Address Objections to Opening Statements (if necessary) | March 14, 2025 |
| Trial | March 17, 2025, at 8:00 a.m. |

DATED: August 27, 2024

*/s/ Andrew Paulson*
MOLLY K. PRIEDEMAN
ANDREW PAULSON
Assistant United States Attorneys

DATED: August 27, 2024

*/s/ Naomi Chung*
NAOMI CHUNG
JOANNA P. SHERIDAN
Attorneys for the Defendant