UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>DARRELL WAYNE SMITH,<br><br>       Defendant. | Case No.23-cr-00110-YGR-1<br><br>**CLERK'S NOTICE RESETTING TRIAL DATES** |

    You are hereby notified that Jury Selection is set for March 10-11, 2025, at 8:00 a.m. in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Jury Trial is set for March 17, 2025, at 8:00 a.m. in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers.

    All other trial dates remain unchanged.

Dated: February 11, 2025

                                                Mark B. Busby
                                                Clerk, United States District Court

                                                By: _____
                                                Edwin Angelo A. Cuenco, Deputy Clerk to the
                                                Honorable YVONNE GONZALEZ ROGERS
                                                5106373540