PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    andrew.paulson@usdoj.gov
    sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 4:23-cr-00110-YGR |
|---|---|
| Plaintiff, | ) UNITED STATES' EXHIBIT LIST |
| v. | ) |
| DARRELL WAYNE SMITH,<br>   a/k/a "Dirty Dick Smith" | ) |
| Defendant. | ) |

    The United States respectfully submits the following list of exhibits it may introduce at a trial of this matter. The government may seek to supplement this list as trial preparations progress and will notify the defendant and the Court of any changes to its Exhibit List. Accordingly, leave is respectfully requested to amend this list as circumstances may change. Pursuant to the Court's Trial Scheduling Order, exhibits marked with "*" are exhibits that the government believes at this time that it may

//

//

//

GOVERNMENT EXHIBIT LIST
4:23-CR-00110-YGR                       1

introduce in its case in chief. These designations are only preliminary, as trial preparations are ongoing.

DATED: February 21, 2025								Respectfully submitted,

												PATRICK D. ROBBINS
												Acting United States Attorney

												*/s/ Andrew Paulson*
												ANDREW PAULSON
												SAILAJA M. PAIDIPATY
												Assistant United States Attorneys

*United States v. Darrell Smith* (Case No. 4:23-cr-00110-YGR)
**United States' Exhibit List**

| Ex. No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 1 | FCI Dublin Diagram* | | S | | |
| 2 | Photos of FCI Dublin Housing Units* | | S | | |
| 3 | Photo Log - Photos of FCI Dublin Housing Units | | S | | |
| 4 | Photos of FCI Dublin Housing Units* | | S | | |
| 5 | Photos of FCI Dublin SHU | | | | |
| 6 | Photo - Darrell Smith* | | | | |
| 7 | Photo – Anastasiya* | | | | |
| 8 | Photo – Angelina | | | | |
| 9 | Photo – Aron | | | | |
| 10 | Photo – Cassandra* | | | | |
| 11 | Photo – Celia* | | | | |
| 12 | Photo – Claudia* | | | | |
| 13 | Photo – Desire | | | | |
| 14 | Photo – Fabiola* | | | | |
| 15 | Photo - Katharine* | | | | |
| 16 | Photo – Kristen | | | | |
| 17 | Photo – Lea* | | | | |
| 18 | Photo – Lily | | | | |
| 19 | Photo – Lincy* | | | | |
| 20 | Photo – Lisa* | | | | |
| 21 | Photo – Manuela* | | | | |
| 22 | Photo – Naomi | | | | |
| 23 | Photo – Nicole* | | | | |
| 24 | Photo – Shayla* | | | | |
| 25 | Photo – Torri | | | | |
| 26 | Photo – Valarie* | | | | |
| 27 | Photo – Yadira* | | | | |
| 28 | Photo - Smith (BOP) | | | | |
| 29 | Photo - Smith Spouse (BOP) | | | | |
| 30 | Inmate History - Torri | | | | |
| 31 | Inmate Quarters - Torri | | | | |
| 32 | Inmate Work - Torri | | | | |
| 33 | Inmate Profile - Torri | | | | |
| 34 | Inmate History - Claudia | | | | |
| 35 | Inmate Quarters - Claudia | | | | |
| 36 | Inmate Profile - Claudia | | | | |
| 37 | Inmate Work - Claudia | | | | |
| 38 | Inmate History - Lisa | | | | |
| 39 | Inmate Quarters - Lisa | | | | |
| 40 | Inmate Work - Lisa | | | | |

*United States v. Darrell Smith* **(Case No. 4:23-cr-00110-YGR)**
**United States' Exhibit List**

| Ex. No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 41 | Inmate Profile - Lisa | | | | |
| 42 | Inmate History - Fabiola | | | | |
| 43 | Inmate Quarters - Fabiola | | | | |
| 44 | Inmate Work - Fabiola | | | | |
| 45 | Inmate Profile - Fabiola | | | | |
| 46 | Inmate History - Manuela | | | | |
| 47 | Inmate Quarters - Manuela | | | | |
| 48 | Inmate Work - Manuela | | | | |
| 49 | Inmate Profile - Manuela | | | | |
| 50 | Inmate History - Katharine | | | | |
| 51 | Inmate Quarters - Katharine | | | | |
| 52 | Inmate Work - Katharine | | | | |
| 53 | Inmate Profile - Katharine | | | | |
| 54 | Inmate Discipline Data - Katharine | | | | |
| 55 | Inmate History - Valarie | | | | |
| 56 | Inmate Quarters - Valarie | | | | |
| 57 | Inmate Work - Valarie | | | | |
| 58 | Inmate Profile - Valarie | | | | |
| 59 | Inmate History - Angelina | | | | |
| 60 | Inmate Quarters - Angelina | | | | |
| 61 | Inmate Work - Angelina | | | | |
| 62 | Inmate Profile - Angelina | | | | |
| 63 | Inmate History - Lea | | | | |
| 64 | Inmate Quarters - Lea | | | | |
| 65 | Inmate Work - Lea | | | | |
| 66 | Inmate Profile - Lea | | | | |
| 67 | Inmate History - Kristen | | | | |
| 68 | Inmate Quarters - Kristen | | | | |
| 69 | Inmate Work - Kristen | | | | |
| 70 | Inmate Profile - Kristen | | | | |
| 71 | Inmate History - Aron | | | | |
| 72 | Inmate Quarters - Aron | | | | |
| 73 | Inmate Work - Aron | | | | |
| 74 | Inmate Profile - Aron | | | | |
| 75 | Inmate History - Shayla | | | | |
| 76 | Inmate Quarters - Shayla | | | | |
| 77 | Inmate Work - Shayla | | | | |
| 78 | Inmate Profile - Shayla | | | | |
| 79 | Inmate History - Anastasiya | | | | |
| 80 | Inmate Quarters - Anastasiya | | | | |

*United States v. Darrell Smith* **(Case No. 4:23-cr-00110-YGR)**
**United States' Exhibit List**

| Ex. No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 81 | Inmate Work - Anastasiya | | | | |
| 82 | Inmate Profile - Anastasiya | | | | |
| 83 | Inmate History - Lincy | | | | |
| 84 | Inmate Quarters - Lincy | | | | |
| 85 | Inmate Work - Lincy | | | | |
| 86 | Inmate Profile - Lincy | | | | |
| 87 | Inmate History - Cassandra | | | | |
| 88 | Inmate Quarters - Cassandra | | | | |
| 89 | Inmate Work - Cassandra | | | | |
| 90 | Inmate Profile - Cassandra | | | | |
| 91 | Inmate History - Naomi | | | | |
| 92 | Inmate Quarters - Naomi | | | | |
| 93 | Inmate Work - Naomi | | | | |
| 94 | Inmate Profile - Naomi | | | | |
| 95 | Inmate History - Yadira | | | | |
| 96 | Inmate Quarters - Yadira | | | | |
| 97 | Inmate Work - Yadira | | | | |
| 98 | Inmate Profile - Yadira | | | | |
| 99 | Inmate History - Celia | | | | |
| 100 | Inmate Quarters - Celia | | | | |
| 101 | Inmate Work - Celia | | | | |
| 102 | Inmate Profile - Celia | | | | |
| 103 | Inmate History - Nicole | | | | |
| 104 | Inmate Quarters - Nicole | | | | |
| 105 | Inmate Work - Nicole | | | | |
| 106 | Inmate Profile - Nicole | | | | |
| 107 | PREA Investigation Report - Manuela | | | | |
| 108 | BOP Complaint - Shayla | | | | |
| 109 | PREA Write-Up - Fabiola | | | | |
| 110 | BOP Complaint - Claudia | | | | |
| 111 | Email from Lisa to OIG SA Dena Crowe | | | | |
| 112 | Email 2 from Lisa to OIG SA Dena Crowe | | | | |
| 113 | Email to OIG SA Dena Crowe from Claudia | | | | |
| 114 | Request for Reconsideration of Compassionate Release - Shayla | | | | |
| 115 | Denial of Compassionate Release Request - Shayla | | | | |
| 116 | Dental Records - Claudia | | | | |
| 117 | PREA Evaluation Medical - Claudia | | | | |
| 118 | PREA Evaluation Psychology - Claudia | | | | |
| 119 | PREA Evaluation Psychology - Manuela | | | | |

3

*United States v. Darrell Smith* **(Case No. 4:23-cr-00110-YGR)**
**United States' Exhibit List**

| Ex. No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 120 | Tort Claim - Lea | | | | |
| 121 | Tort Claim - Claudia | | | | |
| 122 | Settlement and Release - Torri | | S | | |
| 123 | Settlement and Release - Claudia | | S | | |
| 124 | Settlement and Release - Lisa | | S | | |
| 125 | Settlement and Release - Lea | | S | | |
| 126 | Settlement and Release - Lily | | | | |
| 127 | Settlement and Release - Cassandra | | S | | |
| 128 | Settlement and Release - Manuela | | S | | |
| 129 | Settlement and Release - Shayla | | S | | |
| 130 | Settlement and Release - Lincy | | S | | |
| 131 | Settlement and Release - Naomi | | | | |
| 132 | Settlement and Release - Celia | | S | | |
| 133 | Surveillance Video (Synced)* | | | | |
| 134 | Surveillance Video 2: 06-B02-051 (2 Oct 21)* | | | | |
| 135 | Surveillance Video 2: 08-B02-141 (2 Oct 21)* | | | | |
| 136 | Surveillance Video 1: 06-B02-051 (2 Oct 21)* | | | | |
| 137 | Surveillance Video 1: 08-B02-141 (2 Oct 21) | | | | |
| 138 | Surveillance Video 1: 98-E03-191 (18 Dec 21) | | | | |
| 139 | Surveillance Video 2: 98-E03-191 (18 Dec 21) | | | | |
| 140 | Surveillance Video 1: 101-E03-051 (18 Dec 21) | | | | |
| 141 | Surveillance Video 2: 101-E03-051 (18 Dec 21) | | | | |
| 142 | Surveillance Video 1: 116-E01-191 (18 Dec 21) | | | | |
| 143 | Surveillance Video 2: 116-E01-191 (18 Dec 21) | | | | |
| 144 | Smith All Calls and Videos Monitored | | | | |
| 145 | Calls Monitored (All) | | | | |
| 146 | Calls Monitored (Live) | | | | |
| 147 | Calls Monitored (Playback) | | | | |
| 148 | Video Visit Monitoring Log - Smith | | | | |
| 149 | Video Visit Monitoring Log Excerpts - Smith | | | | |
| 150 | Video Calls Reviewed (2018) | | | | |
| 151 | Video Calls Reviewed (Jan-Jun 2019) | | | | |
| 152 | Video Calls Reviewed (Jul-Dec 2019) | | | | |
| 153 | Video Calls Reviewed (2020) | | | | |
| 154 | Video Calls Reviewed (2021) | | | | |
| 155 | Video Calls Reviewed (2022) | | | | |
| 156 | Position Description: Correctional Officer | | | | |
| 157 | Position Description: Correctional Counselor | | | | |
| 158 | Employment Verification Data | | | | |

*United States v. Darrell Smith* **(Case No. 4:23-cr-00110-YGR)**
**United States' Exhibit List**

| Ex. No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 159 | Email re: DUB 5580.08 - Inmate Personal Property (Updated 6-6-2012) | | | | |
| 160 | DUB 5580.08 - Inmate Personal Property (Updated 6-6-2012) | | | | |
| 161 | Inmate Discipline Program Policy | | | | |
| 162 | Darrell Smith eOPF 1 | | | | |
| 163 | Darrell Smith eOPF 2 | | | | |
| 164 | Notice of Proposed Suspension | | | | |
| 165 | Record of Disciplinary Reports Written - Smith | | | | |
| 166 | Smith Work Roster (Mar 2015 -Jan 2020)* | | S | | |
| 167 | Smith Work Roster (Jan 2020 - Jan 2021)* | | S | | |
| 168 | Smith Work Roster (Jan 2021 - Feb 2022)* | | S | | |
| 169 | Smith Work Roster (Feb 2022 - Aug 2023)* | | S | | |
| 170 | Smith Assignments - 09-01-2021 through 02-26-2022* | | S | | |
| 171 | Smith Assignments 02-27-2022 through 02-01-23* | | S | | |
| 172 | Updated Mandate List (Nov 2018) | | | | |
| 173 | Mandatory Overtime List (Nov 2018) | | | | |
| 174 | Updated Mandate List | | | | |
| 175 | Mandatory Overtime List | | | | |
| 176 | Weekly Changes for the Week of 7/14/2019 (Email) | | | | |
| 177 | Weekly Changes for the Week of 7/14/2020 | | | | |
| 178 | Updated Mandate List | | | | |
| 179 | Mandatory Overtime List | | | | |
| 180 | 4th Quarter 2019 Work Roster Email | | | | |
| 181 | 4th Quarter 2019 Work Roster | | | | |
| 182 | Shift Rotation Memo 4th Quarter 2019 | | | | |
| 183 | FCI Dublin Update - February 26, 2021 | | | | |
| 184 | FCI Unit Movement Schedule 02-25-2021 | | | | |
| 185 | Smith Email to Putnam (10 March 2016) | | | | |
| 186 | Smith Email to Putnam re: Hostile Work Environment | | | | |
| 187 | Smith Email re: Inmate Barron | | | | |
| 188 | Smith Email re: Inmate Angelina | | | | |
| 189 | Smith Email re: Orderlies out on morning watch shift | | | | |
| 190 | OIA Summary Report (Katharine) | | | | |
| 191 | OIA Referral (Door Open) | | | | |
| 192 | Affidavit - 2013 Investigation (Door Open) | | | | |
| 193 | OIA Investigation Report (Door Open) | | | | |
| 194 | OIA Summary Report (Door Open) | | | | |

5

*United States v. Darrell Smith* **(Case No. 4:23-cr-00110-YGR)**
**United States' Exhibit List**

| Ex. No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 195 | OIA Investigative Report (Khalid) | | | | |
| 196 | OIA Summary Report (Khalid) | | | | |
| 197 | OIA Referral (Workers' Compensation) | | | | |
| 198 | OIA Complaint Form (Workers' Compensation) | | | | |
| 199 | Affidavits - 2015 Workers' Compensation Investigation | | | | |
| 200 | OIA Investigative Report (Workers' Compensation) | | | | |
| 201 | OIA Summary Report (Workers' Compensation) | | | | |
| 202 | Dept. of Army Report (DV) | | | | |
| 203 | OIA Referral (DV) | | | | |
| 204 | OIG Referral - DV | | | | |
| 205 | 2015 Memo from Chief, OIA re Misdemeanor Crimes of Domestic Violence | | | | |
| 206 | OIA Summary Report (DV) | | | | |
| 207 | Department of Army Full Report (DV) | | | | |
| 208 | BP-A0148 (Cop Out - Sarabia) - 2016 | | | | |
| 209 | Referral of Incident to OIA (2017) | | | | |
| 210 | OIA Investigation Report (Portia) | | | | |
| 211 | OIA Summary Report (Portia) | | | | |
| 212 | PREA Refresher Flier: Prisons and Jails Inmate Privacy (Email) | | | | |
| 213 | PREA REFRESHER: Prisons and Jails Inmate Privacy | | | | |
| 214 | Communication Monitoring Email | | | | |
| 215 | Ethics - Standards of Conduct Outline - FY-2019 | | | | |
| 216 | Ethics - Standards of Conduct Outline - FY-2020 | | | | |
| 217 | Ethics - Standards of Conduct Outline - FY-2021 | | | | |
| 218 | Ethics-Standards of Conduct PowerPoint - FY-2019 | | | | |
| 219 | Ethics-Standards of Conduct PowerPoint - FY-2020 | | | | |
| 220 | Ethics-Standards of Conduct PowerPoint - FY-2020 (Excerpts)* | | | | |
| 221 | Ethics-Standards of Conduct PowerPoint - FY-2021 | | | | |
| 222 | Sexually Abusive Behavior Prevention Outline - 2019 | | | | |
| 223 | Sexually Abusive Behavior Prevention Outline - 2020 | | | | |
| 224 | Sexually Abusive Behavior Prevention Outline - 2021 | | | | |
| 225 | Sexually Abusive Behavior PowerPoint - 2019 | | | | |
| 226 | Sexually Abusive Behavior PowerPoint - 2020 | | | | |

*United States v. Darrell Smith* **(Case No. 4:23-cr-00110-YGR)**
**United States' Exhibit List**

| Ex. No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 227 | Sexually Abusive Behavior PowerPoint - 2020 (Excerpts)* | | | | |
| 228 | Sexually Abusive Behavior PowerPoint - 2021 | | | | |
| 229 | Sexually Abusive Behavior PowerPoint - 2022 | | | | |
| 230 | Suspension of Mandatory Training Standards Extension (2021) | | | | |
| 231 | Annual Training Agenda (2019) | | | | |
| 232 | Annual Training Agenda (2020) | | | | |
| 233 | Annual Training Sign-in (2017)* | | | | |
| 234 | Annual Training Sign-in (2018)* | | | | |
| 235 | Annual Training Sign-in (2019)* | | | | |
| 236 | Annual Training Sign-in (2020)* | | | | |
| 237 | CBT Training Records – Smith* | | | | |
| 238 | CV of Dr. Maegan Malespini | | | | |
| 239 | Tracfone Records - Subscriber Information | | | | |
| 240 | Tracfone Call Detail Records | | | | |
| 241 | Tracfone Certificate of Authenticity | | | | |
| 242 | Subscriber Records - hotmail | | | | |
| 243 | Microsoft Account Report - hotmail (513) | | | | |
| 244 | Microsoft Account Report - hotmail (514) | | | | |
| 245 | Hotmail Subscriber Information | | | | |
| 246 | Hotmail Creation Date | | | | |
| 247 | Microsoft Account Report - hotmail (547) | | | | |
| 248 | Microsoft Account Report - hotmail (548) | | | | |
| 249 | Hotmail Subscriber Information | | | | |
| 250 | Hotmail Mailbox Login | | | | |
| 251 | Microsoft Account Report - hotmail (547) - 2 | | | | |
| 252 | Microsoft Account Report - hotmail (548) - 2 | | | | |
| 253 | Search Warrant Photo Log | | | | |
| 254 | Search Warrant Photos | | | | |
| 255 | FBI 302 - Search Warrant Execution | | | | |
| 256 | FBI 302 - Smith Arrest | | | | |
| 257 | Search Warrant - Receipt for Property | | | | |
| 258 | Booking Photo - Smith | | | | |
| 259 | Booking Fingerprints - Smith | | | | |
| 260 | Booking Photo - Smith | | | | |
| 261 | MOI re Apple iPhone Password | | | | |
| 262 | FBI 302 - Forensic Review of Devices | | | | |
| 263 | iPhone Call Log | | | | |
| 264 | iPhone Web History.pdf | | | | |

*United States v. Darrell Smith* **(Case No. 4:23-cr-00110-YGR)**
**United States' Exhibit List**

| Ex. No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 265 | Text Messages - Bell | | | | |
| 266 | Text Messages - Lau and Canales | | | | |
| 267 | Text Messages - Lau | | | | |
| 268 | Text Messages - O'Connor | | | | |
| 269 | Text Messages - Robles | | | | |
| 270 | Text Messages - Venegas 2 | | | | |
| 271 | Text Messages - Venegas | | | | |
| 272 | Records of Smith Border Crossings | | | | |
| 273 | FBI Lab Record (Handwriting) | | | | |
| 274 | FBI Lab Report (Handwriting) | | | | |
| 275 | FBI Lab Report (Fingerprints) | | | | |
| 276 | FBI Laboratory Case Notes (Fingerprint) | | | | |
| 277 | Digital Forensics Report - Extraction | | | | |
| 278 | Expert Report of DFE Michael Kan | | | | |
| 279 | Attachment to Expert Report - Accounts | | | | |
| 280 | Attachment to Expert Report - Favicons | | | | |
| 281 | DFE Michael Kan CV | | | | |
| 282 | Favicons Exam Summary Table – Anal* | | | | |
| 283 | Favicons Exam Summary Table – Feet* | | | | |
| 284 | Favicons Exam Summary Table – Rape | | | | |
| 285 | Favicons Exam Summary Table – Shower | | | | |
| 286 | Favicons Exam Summary Table – Sleep* | | | | |
| 287 | Favicons Exam Summary Tables – Josie | | | | |
| 288 | Apple iPhone - Smith | | | | |
| 289 | Apple iPad - Smith | | | | |
| 290 | ID Card of Inmate Sandra | | | | |
| 291 | Note that begins with "Her email" | | | | |
| 292 | Composite Notebook | | | | |
| 293 | Steno Notebook (Item 14) | | | | |
| 294 | Steno Notebook (Item 16) | | | | |
| 295 | Vape Pen (Item 31) | | | | |
| 296 | Crochet Bikini | | | | |
| 297 | Photos of FCI Dublin* | | | | |
| 298 | AdditionalGuidance_SexuallyAbusiveBehaviorPreventionIntervent_1 | | | | |
| 299 | DUB Assessment Report - Final | | | | |
| 300 | Hardship Consideration Process 30DR | | | | |
| 301 | Inmate Discipline Program (August 2011) | | | | |
| 302 | Inmate Discipline Program (November 2020) | | | | |
| 303 | Policy Regarding Searches | | | | |

*United States v. Darrell Smith* **(Case No. 4:23-cr-00110-YGR)**
**United States' Exhibit List**

| Ex. No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 304 | Posted Picture File Policy | | | | |
| 305 | PREA Standards (Cross-Gender Viewing and Searches) 115.15 (f)-1_1 (July 2021) | | | | |
| 306 | PREA Standards (Cross-Gender Viewing and Searches) 115.15 (f)-1_1 | | | | |
| 307 | PREA Standards (FCI Dublin Supp.) 115.41 (c)-1.pdf | | | | |
| 308 | PREA Standards (Limits on Cross-Gender Viewing and Searches) 115.15 (f)-1 | | | | |
| 309 | PREA Standards 115.13 (d)-1,2 | | | | |
| 310 | PREA Standards 115.13 (d)-1,2_1 | | | | |
| 311 | PREA Standards 115.16 (a)-1_3 | | | | |
| 312 | PREA Standards 115.21 (c) 1,2,3,4,5,6,7,8 | | | | |
| 313 | PREA Standards 115.21 (c)-1,2,3,4,5,6,7,8_1 | | | | |
| 314 | PREA Standards 115.35 (c)-1 | | | | |
| 315 | PREA Standards 115.42 (a)-1_1 | | | | |
| 316 | PREA Standards 115.68 (a)-1,2,3,4,5 | | | | |
| 317 | Program Statement - Intake Screening | | | | |
| 318 | Sex Offender Programs | | | | |
| 319 | Sexually Abusive Behavior Prevention and Intervention Program Policy | | | | |
| 320 | Special Investigative Supervisors Manual | | | | |
| 321 | Correctional Services Manual Excerpts (Contraband and Cell Searches) | | | | |