NAOMI CHUNG (CSBN 283743)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Fax: (415) 484-7054
chung@defender.law

JOANNA SHERIDAN (CSBN 260090)
J.P. Sheridan Law
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Telephone: (415) 347-2700
Fax: (415) 347-2701
joanna@jpsheridanlaw.com

Attorneys for Defendant
DARRELL WAYNE SMITH

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DARRELL WAYNE SMITH<br>Defendant. | No. 23-CR-0110-YGR<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT'S REQUEST FOR PERMISSION TO BRING EQUIPMENT INTO THE COURTHOUSE FOR TRIAL** |

Defendant Darrell Wayne Smith's Request for Permission to Bring Equipment Into the Courthouse for Trial having been considered by the Court and good cause appearing, permission is GRANTED and Defendant may bring into the courthouse a printer to be stored in the reserved conference room in the attorney's lounge.

IT IS SO ORDERED.

Dated: March 10, 2025

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

[PROPOSED] ORDER
*Smith*, 23-cr-0110-YGR

1