1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney

2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ANDREW PAULSON (CABN 267095)
   SAILAJA PAIDIPATY (NYBN 5160007)
5  Assistant United States Attorneys

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (510) 637-3680
        FAX: (510) 637-3724
8       andrew.paulson@usdoj.gov
        sailaja.paidipaty@usdoj.gov
9
   Attorneys for United States of America
10
                       UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                              OAKLAND DIVISION
13

14  UNITED STATES OF AMERICA,              )   **CASE NO. 4:23-cr-00110-YGR**
                                           )
15          Plaintiff,                     )   **JOINT PROPOSED RETRIAL DEADLINES**
                                           )
16      v.                                 )
                                           )
17  DARRELL WAYNE SMITH,                    )
                                           )
18                                         )
            Defendant.                     )
19  _____       )

20

21

22

23

24

25

26

27

28

JOINT PROPOSED RETRIAL DEADLINES          1
4:23-cr-00110-YGR

1    On April 21, 2025, the Court set this matter for trial beginning on August 25, 2025. The Court

2 ordered the parties to meet and confer regarding other pretrial deadlines, and to file a joint proposal for

3 pretrial deadlines.

4    The parties propose that the Court enter the following dates and times for hearings and filing

5 deadlines.  The parties will file the materials listed below to the extent they are different than those

6 originally filed prior to the March 2025 trial.  For example, the prior stipulations will remain in effect

7 unless the parties file amended stipulations.

| EVENT | DATE |
|---|---|
| Supplemental 404(b) Notice<br><br>Supplemental Expert Reports<br><br>Summary Charts | June 6, 2025 |
| Deadline to meet and confer regarding Proposed Jury Instructions, Voir Dire Questions, Exhibits, Stipulations, and Joint Statement of the Case | June 13, 2025 |
| Rebuttal Expert Reports | June 20, 2025 |
| Exchange of Motions in Limine<br><br>Filing of additional proposed questions for written juror questionnaire | June 27, 2025 |
| Exchange of Oppositions to Motions in Limine | July 3, 2025 |

| EVENT | DATE |
|---|---|
| Filing of Unresolved Motions in Limine | July 11, 2025 |
| Stipulations of Fact (if any) | |
| Exhibit List | |
| Witness List | |
| Submission of Trial Exhibits to Court | |
| Additional Jury Voir Dire Questions (if any) | |
| Proposed Jury Instructions | |
| Proposed Verdict Form | |
| Government Trial Memorandum | |
| Joint Statement of the Case | |
| Joint Pretrial Conference Statement | |
| Pretrial Conference/Motions in Limine Hearing | July 25, 2025 at 9:30 a.m. |
| Deadline to exchange any visuals, graphics, or exhibits for opening statements | August 18, 2025 |
| Jury Selection | August 20, 2025, at 8:00 a.m. |
| Objections to any visuals, graphics, or exhibits for opening statements | August 21, 2025 |
| Telephonic Hearing to Address Objections to Opening Statements (if necessary) | August 22, 2025 |
| Trial | August 25, 2025, at 8:00 a.m. |

///

///

///

///

///

JOINT PROPOSED RETRIAL DEADLINES          3
4:23-cr-00110-YGR

1

2    DATED: May 1, 2025                           */s/ Andrew Paulson*
                                                 ANDREW PAULSON
3                                                SAILAJA PAIDIPATY
                                                 Assistant United States Attorneys

4

5    DATED: May 1, 2025                           */s/ Naomi Chung*
                                                 NAOMI CHUNG
6                                                JOANNA P. SHERIDAN
                                                 Attorneys for the Defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28