**FILED**

MAY 22 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** USA v. DARRELL WAYNE SMITH

**CASE NUMBER:** CR 4:23-cr-00110-YGR

**Is This Case Under Seal?** Yes ☐ No ✓

**Total Number of Defendants:** 1 ✓   2-7 ☐   8 or more ☐

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** Yes ☐ No ✓

**Venue (Per Crim. L.R. 18-1):** SF ☐   OAK ✓   SJ ☐

**Is this a potential high-cost case?** Yes ☐ No ✓

**Is any defendant charged with a death-penalty-eligible crime?** Yes ☐ No ✓

**Is this a RICO Act gang case?** Yes ☐ No ✓

**Assigned AUSA (Lead Attorney):** Andrew Paulson

**Date Submitted:** 5/22/2025

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF