UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 23, 2025  **Time:** 13 Minutes  **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 23-cr-110-YGR  **Case Name:** UNITED STATES v. Darrell Wayne Smith

**Attorney for Plaintiff:** Andrew Paulson and Sailaja Paidipaty
**Attorney for Defendant:** Naomi Chung and Joanna Sheridan
                        : Tamara Crepet (counsel of Ms. Carla Sisi Smith)
**Defendant: Darrell Wayne Smith [ X ] Present  [  ] Not Present**
**Defendant's Custodial Status: [  ] In Custody  [ X ] Not in Custody**

**Deputy Clerk:** Edwin Angelo A. Cuenco     **Reported by:** April Brott

## PROCEEDINGS

Order to Show Cause Hearing – HELD.

The Court met with counsel in light of the government's investigation of their findings regarding the defendant's properties.