

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### JUROR QUESTION/COMMUNICATION

CASE NAME: USA v. SMITH

CASE NUMBER: 23-CR-110-YGR

A question may be submitted to the Court through the clerk during a recess.

FROM: Thomas Gregory

Jury is having problems hearing/understanding Claudia - Is there something we can do?

**RECEIVED**

SEP 08 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

@ 10:20 a.m.

YGR

DATE AND TIME RECEIVED: _____



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTION/COMMUNICATION

CASE NAME: USA v. SMITH

CASE NUMBER: 23-CR-110-YGR

A question may be submitted to the Court through the clerk during a recess.

FROM: Paula Moulgh

if deliberations go past 23rd, what happens if I can't attend? Surgery 3:30pm on 9/23. I have a ride on 9/24 but cannot drive to court on my own after surgery.

**RECEIVED**

SEP 03 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATE AND TIME RECEIVED: _[signature]_ 9/3/2025 @ 10:23 AM



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## JUROR QUESTION/COMMUNICATION

CASE NAME: USA v. SMITH

CASE NUMBER: 23-CR-110-YGR

A question may be submitted to the Court through the clerk during a recess.

FROM: Madhuri Puvvula (#6)

I have school meeting on thursday @ 3:30pm (for 30 mins) which was scheduled 2 months back. Is there anyway that I can take the call?

Thanks,
Madhuri

**RECEIVED**

SEP 17 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATE AND TIME RECEIVED: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE YVONNE GONZALEZ ROGERS     Case No. 23-cr-00110-YGR

CASE NAME: USA v. Darrell Wayne Smith

NOTE FROM THE JURY

Note No. 1

Date 9/18/2025

Time 10:17

~~1.   The Jury has reached a unanimous verdict ( )~~

or

2.   The Jury has the following question or communication:

We are maintaining same hours 8:30 - 1:40

_____
Foreperson of the Jury

RECEIVED
SEP 18 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10:20 AM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>YVONNE GONZALEZ ROGERS</u>　　　Case No. <u>23-cr-00110-YGR</u>

CASE NAME: <u>USA v. Darrell Wayne Smith</u>

<u>NOTE FROM THE JURY</u>

Note No. __2__

Date __9/8/2025__

Time __4:19 PM__

1.   The Jury has reached a unanimous verdict (  )

     or

2.   The Jury has the following question or communication:

Jury has nominated Thomas Gregory as foreperson.

_____
Foreperson of the Jury

**RECEIVED**

SEP 18 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE YVONNE GONZALEZ ROGERS    Case No. 23-cr-00110-YGR

CASE NAME: USA v. Darrell Wayne Smith

NOTE FROM THE JURY

Note No. __3__

Date __9/19/2025__

Time __12:37__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question or communication:

   EX 129-001 - is not fully Redacted Page 4
   EX 132-004 - is not fully Redacted Page 4
   EX 128-004 - is not fully Redacted Page 4

   _____
   Foreperson of the Jury

RECEIVED
SEP 19 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12:45
9/19/2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>YVONNE GONZALEZ ROGERS</u>   Case No. <u>23-cr-00110-YGR</u>

CASE NAME: <u>USA v. Darrell Wayne Smith</u>

<u>NOTE FROM THE JURY</u>

Note No. __4__

Date __9/19/2025__

Time __1:45__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question or communication:

   EX129-004 is not Fully Redacted - Pg 4

   _____
   Foreperson of the Jury

**RECEIVED**

SEP 22 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE YVONNE GONZALEZ ROGERS          Case No. 23-cr-00110-YGR

CASE NAME: USA v. Darrell Wayne Smith

### NOTE FROM THE JURY

Note No. 5

Date 9/23/2025

Time 12:55

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question or communication:

   EX068-001 - not fully redacted
   EX068-002 - not fully redacted

   _____
   Foreperson of the Jury

**RECEIVED**

SEP 23 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE YVONNE GONZALEZ ROGERS   Case No. 23-cr-00110-YGR

CASE NAME: USA v. Darrell Wayne Smith

NOTE FROM THE JURY

Note No. 6

Date 9/23/2025

Time 1:02

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question or communication:

   What happens if we cannot agree on one or more counts?

   _____
   Foreperson of the Jury

RECEIVED

SEP 23 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>YVONNE GONZALEZ ROGERS</u>   Case No. <u>23-cr-00110-YGR</u>

CASE NAME: <u>USA v. Darrell Wayne Smith</u>

NOTE FROM THE JURY

Note No. __7__

Date __9/24/2025__

Time __1:49__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

After much deliberation, the Jury is unable to reach a unanimous verdict and is convinced it will not be able to with further deliberation.

_____
Foreperson of the Jury

**RECEIVED**

SEP 24 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA