1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ANDREW PAULSON (CABN 267095)
   SAILAJA PAIDIPATY (NYBN 5160007)
5  Assistant United States Attorneys

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (510) 637-3680
        FAX: (510) 637-3724
8       andrew.paulson@usdoj.gov
        sailaja.paidipaty@usdoj.gov
9
   Attorneys for United States of America
10
                          UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                                  OAKLAND DIVISION
13

14 | UNITED STATES OF AMERICA,              ) Case No. 4:23-cr-00110-YGR
                                            )
15 |      Plaintiff,                        ) **NOTICE OF DISMISSAL AND [PROPOSED]**
                                            ) **ORDER**
16 |   v.                                   )
                                            )
17 | DARRELL WAYNE SMITH,                   )
          a/k/a "Dirty Dick Smith"          )
18 |                                        )
          Defendant.                        )
19 |                                        )
                                            )
20

21       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

22 States Attorney for the Northern District of California dismisses the above captioned Second

23 Superseding Indictment against Darrell Wayne Smith without prejudice.

24 DATED: November 19, 2025                         Respectfully submitted,

25                                                 CRAIG H. MISSAKIAN
                                                   United States Attorney
26

27                                                 */s/ Martha Boersch*
                                                   MARTHA BOERSCH
28                                                 Chief, Criminal Division

NOTICE OF DISMISSAL                  1
4:23-cr-00110-YGR

# [PROPOSED] ORDER

Leave is granted to the government to dismiss the Second Superseding Indictment against Darrell Wayne Smith without prejudice.

DATED: _____    _____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

NOTICE OF DISMISSAL          2
4:23-cr-00110-YGR