UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CRIMINAL MINUTES

**Date:** November 19, 2025     **Time:** 29 minutes     **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 23-cr-110-YGR     **Case Name:** UNITED STATES v. Darrell Wayne Smith

**Attorney for Plaintiff: Andrew Paulson and Sailaja Paidipaty**
**Attorney for Defendant: Naomi S. Chung and Joanna Sheridan**
**Attorney for Carla Sisi-Smith: Tamara Crepet**
**Defendant: Darrell Wayne Smith  [ X ] Present   [  ] Not Present**
**Defendant's Custodial Status:  [  ] In Custody   [ X ] Not in Custody**

**Deputy Clerk:** Edwin Angelo A. Cuenco     **Reported by:** Marla Knox; via Zoom

## PROCEEDINGS

Status Conference - Held.

Counsel for Ms. Sisi-Smith waives her client's appearance. The government will no longer pursue to try the case a third time and will file a notice of dismissal. Ms. Sisi-Smith is ordered to file a brief by December 10, 2025.

Written order to issue.