1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney

2

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division

4  ANDREW PAULSON (CABN 267095)
   SAILAJA PAIDIPATY (NYBN 5160007)

5  Assistant United States Attorneys

6       1301 Clay Street, Suite 340S
        Oakland, California 94612

7       Telephone: (510) 637-3680
        FAX: (510) 637-3724

8       andrew.paulson@usdoj.gov
        sailaja.paidipaty@usdoj.gov

9
   Attorneys for United States of America

10
                UNITED STATES DISTRICT COURT

11
              NORTHERN DISTRICT OF CALIFORNIA

12
                    OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,          )  Case No. 4:23-cr-00110-YGR
                                       )
15       Plaintiff,                    )  **NOTICE OF DISMISSAL AND [PROPOSED]**
                                       )  **ORDER**
16     v.                              )
                                       )
17  DARRELL WAYNE SMITH,               )
         a/k/a "Dirty Dick Smith"      )
18                                     )
         Defendant.                    )
19                                     )
                                       )
20

21       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

22  States Attorney for the Northern District of California dismisses the above captioned Second

23  Superseding Indictment against Darrell Wayne Smith without prejudice.

24  DATED: November 19, 2025                    Respectfully submitted,

25                                              CRAIG H. MISSAKIAN
                                                United States Attorney
26

27                                              */s/ Martha Boersch*
                                                MARTHA BOERSCH
28                                              Chief, Criminal Division

   NOTICE OF DISMISSAL                    1
   4:23-cr-00110-YGR

1

**[PROPOSED]** **ORDER**

2          Leave is granted to the government to dismiss the Second Superseding Indictment against

3   Darrell Wayne Smith without prejudice.

4

5   DATED: December 22, 2025

6                                                    HON. YVONNE GONZALEZ ROGERS
                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL                    2
4:23-cr-00110-YGR